UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LORRENA HOBBS, | No. C 13-4100 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CALIFORNIA INSTITUTION FOR WOMEN; et al., | |
| Defendants. | |
| _____/ | |

    This action was opened on September 4, 2013, when the court received from Lorrena Hobbs a letter complaining about the conditions of confinement at the California Institution for Women.  On that date, the court notified Hobbs in writing that her action was deficient in that she had not filed a complaint and had not filed an *in forma pauperis* application, and that this action would be dismissed if she did not submit a complaint and *in forma pauperis* application within 28 days.  At Hobbs' request, the court extended the deadline to November 8, 2013 for her to file a complaint and *in forma pauperis* application.  Hobbs has not filed a complaint or an *in forma pauperis* application, and the deadline by which to do so has passed.  Accordingly, this action is DISMISSED because Hobbs never filed a pleading showing that the court has subject matter jurisdiction.

    Hobbs is informed that, if she wishes to complain about the conditions of confinement at the California Institution for Women in Corona, she should file her complaint in the U.S. District Court

for the *Central* District of California because that prison is located in Riverside County and is within the venue of the Central District of California.

The clerk shall close the file. No filing fee is due.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
LAUREL BEELER
United States Magistrate Judge